1

2

3

4

5

6
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
7

8
UNITED STATES OF AMERICA,                    CASE NO. CR11-5619BHS
                                                      CR11-5620BHS
9
              Plaintiff,                              CR12-5001BHS

10
      v.                                     ORDER GRANTING MOTIONS
                                             FOR EXTENSION OF GLOBAL
11
HAY THI LE, et al., DEP T. LE, et al.,       PRETRIAL MOTION
and MICHAEL LY, et al.,                      DEADLINES
12
              Defendants.
13

14

15
      This matter comes before the Court on Defendant Hung Viet Tran ("Tran") (Dkt.

16
91 in case CR12-5001BHS) and Defendant Dep Le's ("Le") (Dkt. 126 in case CR11-

17
5620BHS) motions to continue global pretrial motions.  The Court has considered the

18
pleadings filed in support of and in opposition to the motion, as well as Defendants'

19
joinder in the motions, and the remainder of the file and hereby grants the motion for the

20
reasons stated herein.

21
      Defendants' motions seek a continuance of the current date of June 25, 2012,

22
global deadline for filing pretrial motions.  Dkts. 91 & 126.  The Government filed a

ORDER - 1

1  response to Le's motion in which it requests a hearing stating that it does not have

2  sufficient information to respond to the motion, including the exact length of the

3  continuance sought, whether all Defendants are agreeable to a continuance, how the

4  current trial schedule will be impacted, and whether Defendants are willing to waive their

5  speedy trial rights if the current trial schedule is changed.  Dkt. 94.

6         The Court agrees with the Government in that the Court does not have sufficient

7  information to continue the deadline four weeks as sought by Le and that Defendants

8  have not yet provided sufficient information regarding their position on, or evidence to

9  support, an extension of the trial dates.  However, the Court does conclude that

10  Defendants have provided sufficient information to support a one-week extension of the

11  current global pretrial motions deadline to July 2, 2012.

12         Therefore, the Court hereby **ORDERS** that Tran and Le's motions for extension

13  of the global pretrial motion deadline (Dkts. 91 & 126) are **GRANTED** to the extent that

14  the deadline is extended to **July 2, 2012.**  The government's response is due by July 27,

15  2012, and the defense reply is due by August 8, 2012, followed by an evidentiary

16  hearing, if necessary, as set by the Court.

17

18

19

20         BENJAMIN H. SETTLE
       United States District Judge

21

22

ORDER - 2